UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL MADURO CLASSEN et al.,

V.                          CIVIL NO. 98-2335 (RLA)

SOUTHERN FLYER INC., et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/23/99   Docket # 11<br>[X] Plaintiffs<br><br>Title: Informative Motion for Order Directing Defendants to Comply with Rule 5(a) of the FRCP and Motion for Extension of Time in Which to Comply with Honorable Court's Omnibus Order of September 17, 1999 | GRANTED AS FOLLOWS: (1) The Clerk of the Court shall forward to plaintiffs' counsel via certified, return-receipt-requested mail, copy of the requested documents (filed as docket No. 10 on September 20, 1999).<br><br>(2) The deadlines established in our Omnibus Order of September 17, 1999 (docket No. (9) for plaintiffs to show cause are hereby EXTENDED until November 1, 1999. |

September 27, 1999              RAYMOND L. ACOSTA
      Date                      U.S. District Judge

SEP 28 1999

Rivera (w/copy dkt 10)