IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL MADURO CLASSEN,
et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-2335 (RLA)

SOUTHERN FLYER, INC.
et al.,

    Defendants.

ENTERED ON DOCKET
11/18/99 PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
1999 NOV 18 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## PARTIAL JUDGMENT
## DISMISSING CLAIMS ASSERTED AGAINST
## CODEFENDANT POOLE AND UNKNOWN DEFENDANTS

The Court having dismissed the claims asserted against codefendant SAMUEL E. POOLE, JR. and the unknown defendants listed in the complaint through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims asserted against codefendant SAMUEL E. POOLE, JR. and the unknown defendants listed in the complaint be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)