IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL MADURO CLASSEN,
et al.,

    Plaintiffs,

v.                                      CIVIL NO. 98-2335 (RLA)

SOUTHERN FLYER, INC.
et al.,

    Defendants.

---

### ORDER RESCHEDULING PRETRIAL CONFERENCE AND NON-JURY TRIAL

The **NON-JURY TRIAL** originally set for March 9, 2000 is hereby rescheduled for **April 12, 2000 at 9:30 a.m.**

**PRETRIAL CONFERENCE**

The **PRETRIAL CONFERENCE** originally set for March 2, 2000 is hereby rescheduled for **April 5, 2000 at 10:30 a.m.**[1]

The Proposed Joint Pretrial Order[2] shall be filed **on or before March 28, 2000**.[3]

---

[1] The parties shall contact the undersigned's chambers to verify where the Conference will be held.

[2] The Pretrial Order shall comply with the instructions set forth in the order issued on November 14, 1999 (docket No. 14).

[3] A courtesy copy to be delivered directly to the chambers of the undersigned.

AO 72
(Rev 8/82)

CIVIL NO. 98-2335 (RLA)                                                    Page 2

## STANDING ORDER

The parties shall file a TRIAL BRIEF[4] no later than **April 7, 2000** in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994.**

The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.[5]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 4th day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[4] Courtesy copies of all these documents shall be delivered directly to the chambers of the undersigned.

[5] The parties shall furnish the undersigned an additional copy of all documents intended to be presented as evidence at trial.

**SUMMARY OF DEADLINES AND SETTINGS**

| | |
|---|---|
| **3/28/2000** | Deadline for filing JOINT PRETRIAL ORDER |
| **4/5/2000** | PRETRIAL CONFERENCE at **10:30 a.m.** |
| **4/7/2000** | Deadline for filing TRIAL BRIEF |
| **\*\*\*\*** | Parties to mark evidence prior to trial |
| **\*\*\*\*** | Parties to provide the court copy of all documents intended to be presented as evidence at trial. |
| **4/12/2000** | NON-JURY TRIAL at **9:30 a.m.** |

AO 72
(Rev 8/82)