IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL MADURO CLASSEN et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-2335 (RLA)

SOUTHERN FLYER, INC.,

    Defendant.

*RECEIVED & FILED APR 20 2000 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

### ORDER IN THE MATTER OF FEES DUE TO PLAINTIFFS

This is an action for monies brought against defendant SOUTHERN FLYER, INC. by plaintiff SAMUEL MADURO CLASSEN, ESQ.[1] for attorneys fees allegedly owed to MADURO for his representation of defendant in a breach of contract action in the Commonwealth of Puerto Rico Superior Court. At the Trial by Default[2] held on April 12, 2000, the Court heard the testimony of accountant JORGE LUIS MORALES and plaintiff MADURO CLASSEN, both of whom were cross-examined by SAMUEL POOLE, President of defendant SOUTHERN FLYER corporation, who appeared *pro se*. Plaintiffs submitted as evidence copy of the

---

[1] Plaintiffs also include MADURO's wife, MAGDA LUISA RIVERA ORTA, and the conjugal partnership MADURO-RIVERA.

[2] See Minutes of Pretrial Conference... filed on April 10, 2000 (docket No. 20).

CIVIL NO. 98-2335 (RLA)                                                Page 2

record of the local proceedings[3] as well as a summary of the hours expended in the prosecution of the case by MR. MADURO.[4]

Having heard the parties, the Court gives entire credence to MR. MADURO's version of the pertinent facts and therefore finds that MR. POOLE, on behalf of the defendant SOUTHERN FLYER, INC., agreed to pay MR. MADURO a contingency fee of 20% of the first $150,000.00 plus 1/3 of any amount recovered over the first $150,000.00 in the Commonwealth of Puerto Rico Superior Court case of <u>Southern Flyer, Inc. v. Southern Air Transport, Inc.</u>, Civil No. KAC 83-3434 (902).

It is undisputed that on September 20, 1996, judgment in the amount of $190,182.82 plus costs, expenses, $15,000.00 in attorneys fees plus legal interest from the date of the filing of the complaint on June 30, 1983, was entered in the local proceedings in favor of SOUTHERN FLYER, INC., whose President, Mr. POOLE, received a total of **$557,615.85** from SOUTHERN AIR TRANSPORT, INC., in fifteen weekly installments during 1998.

---

[3] Plaintiffs' Exhibit I is composed of four volumes of local court records in Civil No. KAC 83-3434 (902).

[4] Plaintiffs' Exhibit II, entitled "Motion filing a time work sheet/Analysis of time invested by plaintiff".

It is further uncontested that despite multiple efforts, MR. MADURO has not collected any fees for his legal representation of defendant in the local proceedings which lasted a period of more than 10 years. The proceedings included a trial of approximately 29 days, which trial lasted a period of over two years.

Based on the foregoing, the Court FINDS that defendant SOUTHERN FLYER, INC. is indebted to plaintiffs SAMUEL MADURO CLASSEN, his wife MAGDA LUISA RIVERA ORTA and the conjugal partnership instituted between them, the total amount of **$165,736.07**[5] as legal fees for MR. MADURO's work in the case of <u>Southern Flyer, Inc., v. Southern Air Transport, Inc.</u>, Civil No. KAC 83-3434 (902).

Judgment shall be issued accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of April, 2000.

                                        RAYMOND L. ACOSTA
                                        United States District Judge

---

[5] Computed as follows: $557,615.85 - $150,000.00 = $407,615.85
    $407,615.85 X 33.3% = 135,736.07 + $30,000.00 = **$165,736.07**