ENTERED ON DOCKET
4/20/00 PURSUANT
TO FRCP RULES 58 & 79t

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL MADURO CLASSEN et al.,

    Plaintiffs,

    v.                            CIVIL NO. 98-2335 (RLA)

SOUTHERN FLYER, INC.,

    Defendant.

RECEIVED & FILED
APR 20 2000
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

### JUDGMENT

The Court having found for plaintiffs in this action, it is hereby,

ORDERED AND ADJUDGED that defendant SOUTHERN FLYER, INC. is indebted to plaintiffs SAMUEL MADURO CLASSEN, his wife MAGDA LUISA RIVERA ORTA and the conjugal partnership established between them in the total amount of **$165,736.07** as payment for contingency legal fees for work performed by MR. MADURO in the case of <u>Southern Flyer, Inc. v. Southern Air Transport, Inc.</u>, Civil No. KAC 83-3434 (902), Superior Court of Puerto Rico.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19 day of April, 2000.

                                         RAYMOND L. ACOSTA
                                  United States District Judge