IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SAMUEL MADURO CLASSEN, <br> et al., <br>     Plaintiffs <br>        v. <br> <br> SOUTHERN FLYER, INC., <br> et al., <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL NO.: 98-2335 RLA <br> <br> <br> BREACH OF CONTRACT <br> QUANTUM MERUIT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION REGARDING INTENT
TO FILE MOTION FOR EXECUTION OF JUDGMENT**

COME Now the plaintiffs by and through the undersigned attorney and very respectfully state and pray as follows:

1. On April 20, 2000, judgment was entered in the instant case, in favor of the plaintiff, in the amount of $165,736.07.

2. Despite the efforts made by the plaintiff to locate assets of the defendant, the plaintiff has not yet been able to identify any assets thus far.

3. The plaintiff has obtained information regarding possible assets and is currently investigation the same.

4. Rule 69 of the FRCP, states, in its relevant part, the following:

> Process to enforce a judgment for the payment of money shall be a writ of execution, unless the court directs otherwise. The procedure and execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the State in which the District Court is held, existing at the time the remedy is sought, except that any statute of the United States governs to the extent that it is applicable.

5. Rule 51.1 of the Puerto Rico Rules of Civil Procedure allow the party in favor of whom the judgment is issued a period of five years to execute the judgment and further provides that execution of judgment may be allowed after five years, with leave of the Court.

6. This request is being made to inform the Honorable Court that the plaintiff continues to actively seek information regarding any property the defendant may have so that the judgment issued in favor of the plaintiff may be executed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court Cm/ECF system which will send notification of such filing to the following party: via regular mail to Mr. Samuel Poole and Southern Flyer Inc, PO Box 295, Lake Wales  FL  33859-0295.

Respectfully Submitted.

In Bayamon, Puerto Rico this 18th day of April, 2005.

S/Raymond Rivera
RAYMOND RIVERA
Attorney for Defendant
2G 25 Flamboyan
Lomas Verdes
Bayamon, PR  00956
Tel.  787-740-0726
Fax.  787-740-1954
E-mail: riveralaw@gmail.com